THE STATE, EX REL. PRICE, APPELLEE, *v.* BAKER CONSTRUCTION COMPANY; INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as State, ex rel. Price, *v.* Baker Constr. Co. (1991), 59 Ohio St. 3d 65.]

(No. 90-711—Submitted February 5, 1991—Decided April 24, 1991.)

*Michael J. Muldoon,* for appellee.

*Lee I. Fisher,* attorney general, and *Michael L. Squillace,* for appellant.

*Per Curiam.* For the reasons stated in *State, ex rel. Noll,* v. *Indus. Comm.* (1991), 57 Ohio St. 3d 203, 567 N.E. 2d 245, the judgment of the court of appeals is hereby affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.